IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DIANNE NIEBLING,

                Plaintiff,

    vs.

NATIONAL RAILROAD PASSENGER
CORPORATION, d/b/a AMTRAK,

              Defendant.

4:17CV3102

**ORDER**

      This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the court file in the above-captioned case, the undersigned judge shall, and hereby does, recuse himself from the above-captioned case pursuant to 28 U.S.C. § 455(a).

      The Clerk of Court shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

      **Dated** this 9th day of August, 2017.

**BY THE COURT:**

s/ Michael D. Nelson
United States Magistrate Judge